PIKEWAY REALTY CORPORATION v. COHEN.

(Supreme Court, Appellate Term, First Department. November 19, 1914.)

LANDLORD AND TENANT (§ 192*)—EVICTION—FIRE—LIABILITY FOR RENT—RENT PAYABLE IN ADVANCE.

Where under a lease rent was payable on the 1st day of each month in advance, and the rent for January, 1914, was due on January 1st, the premises having been destroyed by fire on the following day, and the tenant having moved out, he was nevertheless liable for the January rent.

[Ed. Note.—For other cases, see Landlord and Tenant, Cent. Dig. §§ 777, 778, 781, 784–786; Dec. Dig. § 192.*]

Appeal from Municipal Court, Borough of Manhattan, First District.

Action by the Pikeway Realty Corporation against David W. Cohen. From the judgment for defendant, plaintiff appeals. Modified.

Argued October term, 1914, before SEABURY, BIJUR, and COHALAN, JJ.

Sol A. Cohn, of New York City, for appellant.

Charles Tolleris, of New York City, for respondent.

BIJUR, J. Plaintiff sued for rent due January 1, 1914, under a lease. The premises were destroyed by fire on the following day, and the tenant moved out.

The respondent on this appeal suggests neither argument nor authority sustaining the judgment, which must be modified on the authority of Brunswick-Balke-Collender Co. v. Wallace, 65 Misc. Rep. 27, 119 N. Y. Supp. 287, by increasing the same to the sum of $116.50, with appropriate costs in the court below and costs of this appeal to the plaintiff appellant. All concur.

---

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes